UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 24 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:20 cr 8 |
| JAMES PATRICK LEWIS, | Violation:<br>18 U.S.C. § 666(a)(1)(A) |
| Defendant. | Kleeh |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Federal Program Fraud)

1. West Virginia University ("WVU") is a public research university with its main campus located in Morgantown, West Virginia.

2. At all relevant times, the defendant, **JAMES PATRICK LEWIS**, was a nine-month employee of WVU in the position of a tenured, full professor within the university's physics department.

3. Beginning on or about March 28, 2018, and continuing up to on or about August 30, 2019, in the Northern District of West Virginia and elsewhere, the defendant, **JAMES PATRICK LEWIS**, being an agent of West Virginia University, a State agency, said agency receiving in the one year period beginning March 28, 2018, benefits in excess of $10,000 under a Federal program involving a grant, embezzled, stole, and obtained by fraud, property worth at least $5,000 that was under the care, custody, and control of such agency, that is, a release from teaching

1

duties equivalent to approximately $20,189.00 in salary, in violation of Title 18, United States Code, Section, 666(a)(1)(A).

*[signature]*
WILLIAM J. POWELL
United States Attorney

Jarod J. Douglas
Assistant United States Attorney